## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| Michelle Curry,<br><br>　　　　Plaintiff,<br><br>Vs.<br><br>Cawley & Bergmann, LLP,<br><br>　　　　Defendant. | **Case No. 4:14-cv-00054-JAJ-CFB**<br><br>**JOINT STIPULATION TO DISMISS WITH PREJUDICE** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the Plaintiff, Michelle Curry, and Defendant, Cawley & Bergmann, LLP, through their respective attorneys, hereby stipulate and agree that the above-captioned matter is dismissed in its entirety, with prejudice, each party bearing its own attorney fees and costs.

Dated: March 26, 2015

Respectfully submitted,

/s/ L. Ashley Zubal
L. Ashley Zubal
Marks Law Firm, P.C.
4225 University Avenue
Des Moines, IA 50311
(515) 276-7211
(515) 276-6280
Ashley@markslawdm.com
Attorney for Plaintiff

Dated: March 26, 2015

Respectfully submitted,

/s/ Joshua C. Dickinson
Joshua C. Dickinson
Spencer Fane Britt & Browne LLP
12925 W. Dodge Road, Suite 107
Omaha, NE 68154
(402) 965-8600
(402) 965-8601
jdickinson@spencerfane.com
Attorney for Cawley & Bergmann, LLP

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true copy of JOINT STIPULATION TO DISMISS WITH PREJUDICE was filed electronically with the Clerk of Court through the CM/ECF Filing System, and as a result, it is the undersigned counsel's understanding that an electronic copy was also emailed by the Clerk of Court to the attorney for Defendant listed below.

                                                  /s/ L. Ashley Zubal
                                                  L. Ashley Zubal

Joshua C. Dickinson
Spencer Fane Britt & Browne LLP
12925 W. Dodge Road, Suite 107
Omaha, NE 68154
Attorney for Cawley & Bergmann, LLP